André Z. Bustamante, CSB No. 147025
BUSTAMANTE & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
634 S. Spring, Suite 910
Los Angeles, California 90014

Telephone:   (213) 891-9009
Fax:         (213) 627-1655

Counsel for Defendant,
*Santos Ayon Rivas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 00-0564 GEB KJM |
| Plaintiff, | |
| v. | ORDER |
| SANTOS AYON RIVAS, | |
| Defendant. | |

ORDER

Defendant's request for an additional twenty (20) days in which to file objections to the Magistrate Judge's Findings and Recommendations is granted.

IT IS SO ORDERED.

DATED: February 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE