Andrés Z. Bustamante, CSB No. 147025
BUSTAMANTE & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
634 S. Spring, Suite 910
Los Angeles, California 90014

Telephone:   (213) 891-9009
Fax:         (213) 627-1655

Counsel for Defendant,
*Santos Ayon Rivas*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-CR-564 (GEB) |
| ) | Assigned Case No. CIV S-03-1497 GEB KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SANTOS AYON RIVAS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Defendant's request for an additional ten (10) days in which to file objections to the Magistrate Judge's Findings and Recommendations is granted. Defendant's objections shall be filed no later than March 6, 2006.

IT IS SO ORDERED.

DATED: February 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

- 1 -